

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
Eastern (Jackson)   DIVISION
Western(Memphis) DIVISION

JUN 2 5 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Plaintiff, EFRNESTINE BUTLER )
)
)
)
)
vs. )   No. _____
)
)
)
)
Defendant. CITY OF MEMPHIS )

COMPLAINT

1.  This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592. the Civil Rights Act of 1991. Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☒ Americans with Disabilities Act of 1990, as codified. 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008. Pub. L. No. 110-325 and the Civil Rights Act of 1991. Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.    Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.    Plaintiff resides at:

_1936 Donville Rd_
STREET ADDRESS

_Shelby_, _TENN_, _38117_, _901.827.CE17_
County    State    Zip Code    Telephone Number

4.    Defendant(s) resides at, or its business is located at:

_381 E PERLWAY N_
STREET ADDRESS

_Shelby_, _Memphis_, _TENN_, _38112_
County    City    State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5.    The address at which I sought employment or was employed by the defendant(s) is:

_City of Memphis. 381 E PERLWAY N 38112_

STREET ADDRESS

_Slaby_ _Memphis_ _Tenn_ _38117_
County        City        State        Zip Code

6.    The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐    Failure to hire

☐    Termination of my employment

☐    Failure to promote

☒    Failure to accommodate my disability

☒    Unequal terms and conditions of my employment

☐    Retaliation

☐    Other acts*(specify)*: _____

**NOTE:**  *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.    It is my best recollection that the alleged discriminatory acts occurred on:
       _12-2021_
       Date(s)

8.    I believe that the defendant(s) *(check one)*:

☒    is still committing these acts against me.

☐    is not still committing these acts against me.

9.    Defendant(s) discriminated against me based on my:
       *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

☐ Race_____

☐ Color_____

☐ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☒ Disability_____

☒ Age. If age is checked, answer the following:
I was born in _1953_. At the time(s) defendant(s) discriminated
against me.

I was [✓] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity
Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

See Attach Not page

_____

_____

_____

_____

_____

_____

_____

_____

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

**NOTES**

Grievance transcripts
Documents
And right to sue letter
In here you will find photos and witnesses also.

In January 2021 I injured my right hand
I had to have surgery.
I had a damage nerve and a torn ligament.

Oct 2021 I was released from the doctors care
Back to work full duty. (Off for 9 months)

Dec 2021 I had a 2nd injury
I reported it to Beasley the manager and the foreman Sonya Boyd.

They refused to write up a OJI report.

They were just looking at me never did anything.
so I went back to the company Doctor.

The doctor examined my hand and put me on light duty.

I returned to work.

I gave the doctor statements to Beasley he told me to go home he had nothing for me to do.

For 22 Months without pay.
The doctors never took me off work.

In 2022 around September/October
Two younger ladies got injured of the job and they were granted accommodation.

In December 2022 I was diagnosed with permanently injures.

I was not diagnosed until Dec 2022 months later.6

I was Off a whole year before being diagnosed.

He still refused to accommodate me.

working in the office was part of my job assignment.

Closing out old services requests.
That's been in the system too long

Creating new services requests.
For violating such as high grass/weeds.

Reviewing the vendors work, approving them so the vendors could get paid.

Assisting the clerk with paperwork..

Sent via the Samsung Galaxy S20 FE 5G, an AT&T 5G smartphone

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.    It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____  _____

12.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: *Aug 2022*

        Date

**Only litigants alleging age discrimination must answer Question #13.**

13.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

        ☒    60 days or more have elapsed

        ☐    Less than 60 days have elapsed.

14.    The Equal Employment Opportunity Commission *(check one):*

        ☐    has **not** issued a Right to Sue Letter.

        ☒    has issued a Right to Sue letter, which I **received** on *4/3/2024*

                Date

**NOTE:**    *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.    Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

**NOTE:** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.    I would like to have my case tried by a jury:

        ☐    Yes

        ☒    No

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Memphis District Office**
200 Jefferson Ave. Suite 1400
Memphis. TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Mrs. Earnestine W. Butler
1936 Danville Street
Memphis, TN 38117

Re: Mrs. Earnestine W. Butler v. City of Memphis
    EEOC Charge Number: 490-2023-00522

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact JOSEPH SPARKMON by telephone at (901) 685-4639 or email at JOSEPH.SPARKMON@EEOC.GOV.

Sincerely,

04/11/2024                                    JOSEPH SPARKMON
                                              INVESTIGATOR

Enclosure

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Memphis District Office
200 Jefferson Ave. Suite 1400
Memphis, TN 38103
(901) 685-4590
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/03/2024

**To:** Mrs. Earnestine W. Butler
1936 Danville St
Memphis, TN 38117
Charge No: 490-2023-00522

EEOC Representative and email:      JOSEPH SPARKMON
Federal Investigator
joseph.sparkmon@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 490-2023-00522.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
04/03/2024

Edmond Sims
Acting District Director

Cc: Kimberly Taylor

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 490-2023-00522 to the Acting

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director Edmond Sims at 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

**To make a Section 83 request for your charge file,** submit a signed written request stating it is a "Section 83 Request" for Charge Number 490-2023-00522 to the Acting District Director Edmond Sims at 200 Jefferson Ave Suite 1400, Memphis, TN 38103.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

Enclosure with EEOC Notice of Closure and Rights (01/22)

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.*

WHEREFORE, plaintiff prays that the Court grant the following relief:

[ ] direct that the Defendant employ Plaintiff, or

[ ] direct that Defendant re-employ Plaintiff, or

[ ] direct that Defendant promote Plaintiff, or

[ ] order other equitable or injunctive relief as follows:_____

_____

[X] direct that Defendant pay Plaintiff back pay in the amount of _68,601.84_
and interest on back pay; _AND ANY BONUSES That the EMployees_
_RECEIVED IN My ABSENCE._

[X] direct that Defendant pay Plaintiff compensatory damages: Specify the
amount and basis for compensatory damages: _70,000_

_Due T: Financially, Mentally, Physically And_
_Spiritually Stressed_

_____
SIGNATURE OF PLAINTIFF

Date: _6-20-2024_

_KEL DUNVille Rd_
Address

_Memphis Tn. 38117_

_901-827-0817_
Phone Number